

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00346-CR

| | | |
|---|---|---|
| Jay A. Jackson a.k.a Jay Allen Jackson a.k.a. Jay Allan Jackson | § | From the 415th District Court |
| | § | of Parker County (CR13-0752) |
| | § | August 27, 2015 |
| v. | § | Opinion by Justice Walker |
| | § | (nfp) |
| The State of Texas | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
        Justice Sue Walker